JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA ORR, individually and on behalf of all others similarly situated;<br><br>    Plaintiff,<br><br>    v.<br><br>LEVI STRAUSS & CO, a California company; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-02415-CV (KSx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR REMAND** |

1. On April 16, 2025, the Parties filed a Joint Stipulation For Remand ("Joint Stipulation").

The Court, having considered the Parties' Joint Stipulation and good cause having been found, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. This case is remanded to the Superior Court of the State of California, County of Los Angeles, Department 7 (Hon. Samantha Jessner), located at 312 North Spring Street, Los Angeles, CA 90012, Case No. 25STCV03952.

**IT IS SO ORDERED.**

Dated: 5/13/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE